UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| RODERICK A. HALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:18-CV-243-C |
| | § | |
| MATTHEW POWELL, SEAN LONG, | § | |
| BRADY LEWIS, | § | |
| and RICK MALDONADO, | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES SENIOR DISTRICT JUDGE, SAM R. CUMMINGS:

COME NOW Defendants Matthew Powell and Sean Long, and pursuant to Local Rule 81.1(a)(4)(D), file this Certificate of Interested Persons as follows:

1. Roderick A. Hall;

2. Matthew Powell;

3. Sean Long;

4. Brady Lewis;

5. Rick Maldonado;

6. Lubbock County;

7. City of Lubbock; and

8. Crenshaw, Dupree & Milam, LLP, Counsel for Defendants Matthew Powell and Sean Long.

Respectfully submitted,

*/s/ Matt D. Matzner*
MATT D. MATZNER
Texas Bar No. 00797022
KRISTYN U. SORENSEN
Texas Bar No. 24106537
CRENSHAW, DUPREE & MILAM, L.L.P.
Post Office Box 64479
Lubbock, Texas 79464
Telephone: (806) 762-5281
Facsimile: (806) 762-3510
mmatzner@cdmlaw.com
ksorensen@cdmlaw.com
***Counsel for Defendants Matthew Powell and Sean Long***

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was on this 28th day of September 2018, served as follows:

**VIA CERTIFIED MAIL, RRR**
**NO. 7018 0360 0000 5314 8169**
Roderick A. Hall #1985715
Neal Unit
9055 Spur 591
Amarillo, Texas 79107
***Pro se Plaintiff***

*/s/ Matt D. Matzner*
OF COUNSEL